UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s),<br><br>VS.<br><br>JOHN MICHAEL LOVERDI<br><br>Defendant(s), | 2:06-CR-292-ECR-PAL |

**ORDER FOR DESTRUCTION OF EXHIBITS**

The Clerk's Office having given notice to counsel as prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, and counsel having failed to make arrangements to retrieve the exhibits in the allotted time, **IT IS HEREBY ORDERED** that the Clerk is authorized to destroy the exhibits previously admitted in this matter.

Dated: 10-15-10

Edward C. Reed

U.S. DISTRICT JUDGE

✓ FILED _____ RECEIVED
___ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 15 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY